CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

September 04, 2025

LAURA A. AUSTIN, CLERK
BY:
s/A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| William Patrick Brown, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:25-cv-00607 |
| | ) | |
| Clay A. Corbin, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION AND ORDER

Petitioner William Patrick Brown, a Virginia inmate proceeding *pro se*, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Dkt. 1.) He contends that he is being wrongfully detained at NRADC Jail.

Federal courts cannot consider habeas petitions until the claims asserted have been exhausted. *Brown v. Keohane*, 475 F. Supp. 943, 944 (E.D. Va. 1979). Exhaustion requires that the issue be presented to the state's highest court and considered on the merits. *O'Sullivan v. Boerckel*, 526 U.S. 838, 842–45 (1999). "Put another way, Petitioner cannot directly seek federal court review of a state prison administrative grievance—as a matter of federal law, and based on principles of federalism and comity—without going through the state court system." *Urias v. Soto*, No. CV 15-772 VBF MRW, 2015 WL 3901653, at *2 (C.D. Cal. June 18, 2015).

Brown's Petition states that he has not exhausted any state court remedies, specifying that he neither appealed nor pursued any state court post-conviction proceedings prior to submitting this federal habeas action. (Dkt. 1 at 3-7, 10-13.) Therefore, at this time,

Brown's claims are unexhausted and premature for this court's consideration. His claims must be dismissed without prejudice, preserving his right to refile in federal court after state court exhaustion is complete. *Brown*, 475 F. Supp. at 944.

For this reason, the court **DISMISSES** this action without prejudice. The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to Brown.

**ENTERED** this 4th day of September, 2025.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE